## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**UNITED STATES OF AMERICA**                                    **CRIMINAL ACTION**

**VERSUS**                                                                      **No. 19-177**

**JONATHAN WEBRE**                                                   **SECTION I**

### ORDER

Considering defendant Jonathan Webre's ("Webre") motion[1] to further reduce his sentence after this Court granted him a sentence reduction pursuant to his eligibility under Amendment 821 to the United States Sentencing Guidelines,

**IT IS ORDERED** that Webre's motion is **DENIED**.[2]

New Orleans, Louisiana, June 27, 2025.

**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. No. 70.

[2] It is not an abuse of discretion for the Court to deny a motion to reduce sentence based on its consideration of the 18 U.S.C. § 3553(a) factors. *See United States v. Coleman*, 401 F. App'x 917, 918 (5th Cir. 2010); *see also United States v. Green*, No. 24-30124, 2025 WL 429975, at *1–2 (5th Cir. Feb. 7, 2025) (affirming the district court's denial of an Amendment 821-eligible defendant's motion to reduce sentence where the district court had a reasoned basis, including consideration of the § 3553(a) factors, for denying the reduction) ("**There is no presumption that the district court will resentence the defendant to a point within the new lower Guidelines range that is 'proportional' to the point previously chosen in the older higher Guidelines range.**") (emphasis added) (internal citations omitted). In reaching its resentencing decision, the Court explicitly considered the § 3553(a) factors. *See* R. Doc. No. 67, at 1 ("Although this Court's Amendment 821 Committee recommended a reduction to the bottom of the defendant's lowered guidelines range, the Court finds that a sentence of 160 months is appropriate considering the § 3553(a) factors."). Full denial of Webre's requested reduction was within the Court's sound discretion, and the Court nonetheless chose to reduce Webre's sentence by 8 months. *See id.* Based on the foregoing, Webre should note that any future motions to reduce sentence on this ground will be denied.